IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE :

MerLux Pools LLC

|  |  |  |
|---|---|---|
|  | § | CASE NO. 22-43082-ELM |
|  | § | (Chapter 7) |
| Debtor(s) | § |  |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

      **City of Grapevine, Grapevine-Colleyville ISD**
      c/o EBONEY COBB
      Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
      500 E. Border Street, Suite 640
      Arlington, Texas 76010
      (817) 461-3344
      (817) 860-6509 FAX
      email: emccain@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
Attorneys for Claimant(s)

By: /s/ Eboney Cobb
EBONEY COBB
State Bar No. 24048397
500 E. Border Street, Suite 640
Arlington, Texas 76010
(817) 461-3344
(817) 860-6509 FAX

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed below via U.S. first class mail or electronically via the Court's ECF System on this date: December 21, 2022

/s/ Eboney Cobb
EBONEY COBB

Derek Prosser
6440 N Central Expwy #104
Dallas, TX 75206

Shawn Brown
PO Box 93749
Southlake, TX 76092

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 2