IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MERLUX POOLS LLC, | § | CASE NO. 22-43082-elm |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Lee Roy Jordan Redwood Lumber Company (hereinafter "Movant"), files this Notice of Appearance and Request for Service of Notices and Papers and enters this appearance as creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

> Christopher V. Arisco
> PADFIELD & STOUT, L.L.P.
> 420 Throckmorton Street, Suite 1210
> Fort Worth, Texas 76102
> Telephone: 817.338.1616
> Facsimile: 817.338.1610

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way the rights or interests with respect to: (a) the Debtor; (b) property which the Debtor may claim in interest; (c) the Debtor's property; and (d)

property in the possession, custody, or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

        **PADFIELD & STOUT, LLP**
        420 Throckmorton Street, Suite 1210
        Fort Worth, Texas 76102
        Phone: 817-338-1616
        Fax: 817-338-1610

        /s/ Christopher V. Arisco
        Mark W. Stout
        State Bar I.D. #24008096
        mstout@padfieldstout.com
        Christopher V. Arisco
        State Bar I.D. #24064830
        carisco@padfieldstout.com

        *Attorneys for Movant*

## CERTIFICATE OF SERVICE

       The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Tuesday, December 27, 2022; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **MerLux Pools, LLC**<br>2001 Oak Bluff Drive<br>Arlington, Texas 76006<br><br>*Debtor* | **Derek K. Prosser**<br>Toronjo & Prosser Law<br>6440 N. Central Expressway, Suite 104<br>Dallas, Texas 75206<br><br>*Attorney for Debtor* |
| **Shawn K. Brown**<br>P.O. Box 93749<br>Southlake, Texas 76092<br><br>*Chapter 7 Trustee* | **United States Trustee**<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75202 |
| **And on all those receiving ECF notification for this case.** | |

                                                   /s/ Christopher V. Arisco
                                                   Christopher V. Arisco