## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| **MERLUX POOLS LLC,** | § **CASE NO. 22-43082-elm7** |
| | § |
| | § **CHAPTER 7 BANKRUPTCY** |
| Debtor | § |
| | § |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Claudia Torralba (hereinafter "Movant") files this Notice of Appearance and Request for Service of Notices and Papers and enters this appearance as creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

> **Travis Gasper**
> **GASPER LAW, PLLC**
> **1408 N. Riverfront Blvd., Suite 323**
> **Dallas, Texas 75207**
> **Telephone: (972) 504-1420**
> **FAX: (833) 957-2957**
> **Email: travis@travisgasper.com**

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way the rights or interests with respect to: (a) the Debtor; (b) property which the Debtor may claim in interest; (c) the Debtor's property; and (d) property in the

possession, custody, or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

Respectfully submitted,

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881
GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
Telephone: (972) 504-1420
FAX: (833) 957-2957
travis@travisgasper.com

**ATTORNEY FOR MOVANT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2022, a true and correct copy of the above document was served on the parties listed below via U.S. first class mail and/or electronically via the Court's CM/ECF system:

**Derek Prosser**
**Toronjo & Prosser Law**
**6440 N. Central Expy., Suite 104**
**Dallas, Texas 75206**

**Shawn K. Brown**
**P.O. Box 93749**
**Southlake, Texas 76092**

**United States Trustee**
**1100 Commerce Street, Room 976**
**Dallas, Texas 75242**

*/s/Travis Gasper*
Travis Gasper