**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 22-43082 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | MERLUX POOLS LLC | | | Date Filed (f) or Converted (c): | 12/16/2022 (f) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 01/18/2023 |
| | | | | Claims Bar Date: | 04/24/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Chase - Checking account (balance negative) Checking account 3 6 2 7 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Bankof America - Checking account (balance negative) Checking account 9372 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Facility supplies, office supplies, retail displays, building/finish materials, tools, project supplies, AV equipment | $9,000.00 | $9,000.00 | | $13,562.03 | FA |
| 4 | Reception desk and chair | $2,500.00 | $2,500.00 | | $210.00 | FA |
| 5 | Conference table & chairs | $2,500.00 | $2,500.00 | | $3,450.00 | FA |
| 6 | Varidesk workspaces and chairs (8) | $12,000.00 | $12,000.00 | | $10,160.00 | FA |
| 7 | Guest table & chairs (4) | $2,000.00 | $2,000.00 | | $1,120.00 | FA |
| 8 | Work bench and credenza (4) | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 9 | Misc. kitchen appliances and furnishings | $1,000.00 | $1,000.00 | | $3,955.00 | FA |
| 10 | Shelving | $300.00 | $300.00 | | $130.00 | FA |
| 11 | Canon TM-200 Wideformat Printer/Plotter (leased through Datamax) | $5,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Ordered abandoned 3/1/23 ECF 51 | | | | | |
| 12 | Canon IR DXC57501 Printer (leased through Datamax) | $3,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Ordered abandoned 3/1/23 ECF 51 | | | | | |
| 13 | Desktop computer and related tech (8) | $4,000.00 | $4,000.00 | | $3,272.29 | FA |
| 14 | 2021 Caterpillar 249D3 Compact Track Loader (leased through Caterpillar Financial) | $40,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Ordered abandoned 3/1/23 ECF 51 | | | | | |
| 15 | Trailer used to haul Caterpillar Track Loader (leased through Currency Express Financing) | $5,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Ordered abandoned 3/1/23 ECF 51 | | | | | |
| 16 | 2021 GMC Sierra 2500 HD | $60,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Ordered abandoned 3/1/23 ECF 51 | | | | | |
| 17 | MT-100 Mini Bobcat (leased through PNC Equipment Finance) | $10,000.00 | $10,000.00 | OA | $0.00 | FA |

| Case No.: | 22-43082 | | | Trustee Name: | Shawn K. Brown |
| Case Name: | MERLUX POOLS LLC | | | Date Filed (f) or Converted (c): | 12/16/2022 (f) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 01/18/2023 |
| | | | | Claims Bar Date: | 04/24/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | **Asset Notes:** Ordered abandoned 3/1/23 ECF 51 | | | | | |
| 18 | 2021 Ford F-150 (value appx. $13,000 - leased through Ally Financial) | $0.00 | $0.00 | OA | $0.00 | FA |
| | **Asset Notes:** Ordered abandoned 3/1/23 ECF 51 | | | | | |
| 19 | 2021 Nissan NV 2500HD (value appx. $15,000 - leased through Ally Financial) | $0.00 | $0.00 | OA | $0.00 | FA |
| | **Asset Notes:** Ordered abandoned 3/1/23 ECF 51 | | | | | |
| 20 | 2022 Ford F-250 (value appx. $30,000 - leased through Ally Financial) | $0.00 | $0.00 | OA | $0.00 | FA |
| | **Asset Notes:** Ordered abandoned 3/1/23 ECF 51 | | | | | |
| 21 | 2021 Toyota Tacoma (value appx. $10,000 - leased through Ally Financial) | $0.00 | $0.00 | OA | $0.00 | FA |
| | **Asset Notes:** Ordered abandoned 3/1/23 ECF 51 | | | | | |
| 22 | 2021 Chevrolet Spark (value appx. $7,000 - leased through Ally Financial) | $0.00 | $0.00 | OA | $0.00 | FA |
| | **Asset Notes:** Ordered abandoned 3/1/23 ECF 51 | | | | | |
| 23 | 2022 Mercedes GLE (leased through Ally Financial) | $0.00 | $0.00 | OA | $0.00 | FA |
| | **Asset Notes:** Ordered abandoned 3/1/23 ECF 51 | | | | | |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

| $158,300.00 | $45,300.00 | | $35,859.32 | $0.00 |

**Major Activities affecting case closing:**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3

| Case No.: | 22-43082 | | | Trustee Name: | Shawn K. Brown |
| Case Name: | MERLUX POOLS LLC | | | Date Filed (f) or Converted (c): | 12/16/2022 (f) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 01/18/2023 |
| | | | | Claims Bar Date: | 04/24/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/23/2023  UPDATE 10.23.23--PREPARING DEMAND FOR POTENTIAL PREFERENCE CLAIM.

UPDATE 5.12.23-AUCTION COMPLETED. CHAPTER 5 REVIEW PROCEEDING. GOVERNMENT BAR DATE 6.15.23.

ASSETS ARE PERSONAL PROPERTY AND POSSIBLE CHAPTER 5 RECOVERIES

MAJOR ACTIVITIES:

SECURE PROPERTY-AUCTION COMPLETED AND REMAINING ASSETS ABANDONED
SECURE DOCUMENTS AND DATA--DONE

CLAIMS BAR DATE SET: 1.24.23
CLAIMS REVIEW DATE:
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

|  |  |  | SUBTOTALS | $0.00 | $0.00 |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 4

| | | |
|---|---|---|
| **Case No.:** | 22-43082 | **Trustee Name:** Shawn K. Brown |
| **Case Name:** | MERLUX POOLS LLC | **Date Filed (f) or Converted (c):** 12/16/2022 (f) |
| **For the Period Ending:** | 09/30/2023 | **§341(a) Meeting Date:** 01/18/2023 |
| | | **Claims Bar Date:** 04/24/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

01/10/2023     UPDATE 00.00.00

ASSETS ARE FURNITURE, EQUIPMENT AND VEHICLES. POSSIBLE CHAPTER 5 ACTIONS.

MAJOR ACTIVITIES:

SECURE PROPERTY-AUCTION SCHEDULED FEB 7
SECURE DOCUMENTS AND DATA

CLAIMS BAR DATE SET: 00.00.15
CLAIMS REVIEW DATE:
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2025 | **Current Projected Date Of Final Report (TFR):** | /s/ SHAWN K. BROWN |
| | | SHAWN K. BROWN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| Case No.: | 22-43082 |
| Case Name: | MERLUX POOLS LLC |
| Primary Taxpayer ID #: | **-***1445 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2022 |
| For Period Ending: | 09/30/2023 |

| | |
|---|---|
| Trustee Name: | Shawn K. Brown |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0029 |
| Account Title: | |
| Blanket bond (per case limit): | $300,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2023 | | ROSEN SYSTEMSJNC | Auction proceeds | * | $35,859.32 | | $35,859.32 |
| | {5} | | Rosen Systems Inc. auction statement $3,450.00 | 1129-000 | | | $35,859.32 |
| | {3} | | Rosen Systems Inc. auction statement $13,562.03 | 1129-000 | | | $35,859.32 |
| | {13} | | Rosen Systems Inc. auction statement $3,272.29 | 1129-000 | | | $35,859.32 |
| | {4} | | Rosen Systems Inc. auction statement $210.00 | 1129-000 | | | $35,859.32 |
| | {6} | | Rosen Systems Inc. auction statement $10,160.00 | 1129-000 | | | $35,859.32 |
| | {7} | | Rosen Systems Inc. auction statement $1,120.00 | 1129-000 | | | $35,859.32 |
| | {9} | | Rosen Systems Inc. auction statement $3,955.00 | 1129-000 | | | $35,859.32 |
| | {10} | | Rosen Systems Inc. auction statement $130.00 | 1129-000 | | | $35,859.32 |
| 04/18/2023 | 5001 | Rosen Systems, Inc. | Order ECF 56 | 3992-000 | | $5,492.26 | $30,367.06 |

| | | |
|---|---|---|
| **TOTALS:** | $35,859.32 | $5,492.26 | $30,367.06 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $35,859.32 | $5,492.26 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $35,859.32 | $5,492.26 | |

| For the period of 10/01/2022 to 09/30/2023 | | For the entire history of the account between 02/27/2023 to 9/30/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $35,859.32 | Total Compensable Receipts: | $35,859.32 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,859.32 | Total Comp/Non Comp Receipts: | $35,859.32 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,492.26 | Total Compensable Disbursements: | $5,492.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,492.26 | Total Comp/Non Comp Disbursements: | $5,492.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | |  | | |
|---|---|---|---|---|
| Case No. | 22-43082 | | Trustee Name: | Shawn K. Brown |
| Case Name: | MERLUX POOLS LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1445 | | Checking Acct #: | ******0029 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2022 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $35,859.32 | $5,492.26 | $30,367.06 |

For the period of 10/01/2022 to 09/30/2023

| | |
|---|---:|
| Total Compensable Receipts: | $35,859.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,859.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,492.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,492.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 02/27/2023 to 9/30/2023

| | |
|---|---:|
| Total Compensable Receipts: | $35,859.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,859.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,492.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,492.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN